## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: WALLY BLANTON SEWER & DRAINAGE, INC | § | Case No. 09-21180 |
| | § | |
| B&B SEWER & PLUMBING | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on February 22, 2013 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 01/09/2013            By: /s/JOHN E. GIERUM
                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: WALLY BLANTON SEWER & DRAINAGE, INC | § | Case No. 09-21180 |
| | § | |
| B&B SEWER & PLUMBING | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 65,043.45 |
| *and approved disbursements of* | $ 2,383.32 |
| *leaving a balance on hand of* [1] | $ 62,660.13 |

**Balance on hand:** $ 62,660.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 62,660.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 6,502.17 | 0.00 | 6,502.17 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 1,656.00 | 0.00 | 1,656.00 |

Total to be paid for chapter 7 administration expenses: $ 8,158.17
Remaining balance: $ 54,501.96

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 54,501.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 54,501.96

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 840,245.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Yellow Book USA (MPM) | 432,671.11 | 0.00 | 28,064.92 |
| 9 | GMAC | 13,336.33 | 0.00 | 865.05 |
| 10 | GMAC | 17,394.49 | 0.00 | 1,128.28 |
| 11 | First Choice Yellow Pages | 50,893.36 | 0.00 | 3,301.16 |
| 12 | Idearc Media formerly Verizon Directories | 2,565.70 | 0.00 | 166.42 |
| 13 | Amy Hauemann | 10,000.00 | 0.00 | 648.64 |
| 14 | Heung Hwang | 313,384.82 | 0.00 | 20,327.49 |

Total to be paid for timely general unsecured claims: $ 54,501.96
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-21180-ABG
Wally Blanton Sewer & Drainage, Inc.                                  Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 3         Date Rcvd: Jan 10, 2013
                              Form ID: pdf006           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2013.
```
db         +Wally Blanton Sewer & Drainage, Inc.,    600 Long Lake Drive,    Round Lake, IL 60073-2812
aty        +William J Mantas,    Gierum & Mantas,    1030 W Higgins Rd #220,    Park Ridge, IL 60068-5761
14039783   +Allan J. Coleman,    5725 North Ravenswood Avenue,    Chicago, IL 60660-3913
14039784   +Allen Caliles,    351 Park Avenue,    Palatine, IL 60067-7757
16293943   +Amy Hauemann,    Daniel A Grohn LLC,    500 College Avenue,    Racine WI 53403-1058
14640821   +Aramark Uniform Services,    4200 South Halsted,    Suite 602,    Chicago IL 60609-2635
14039785   +Castle Bank,    141 West Lincoln Way,    Dekalb, IL 60115-3699
14039786    County of Cook,    c/o Jayman Avery, Assist. St. Att.,     500 Richard J. Daley Center,
             Chicago, IL 60602
14039787   +Dex,    Attn: Customer Care,    1615 Bluff City Highway,    Bristol, TN 37620-6055
14039789   +Duane and Walter Blanton,    c/o 3311 Cornflower Way,    Spring Grove, IL 60081-8345
14054230  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
            (address filed with court: Ford Motor Credit Company LLC,     P O Box 537901,
             Livonia MI  48153-9905)
14039790   +First Choice Yellow Pages,    2233 Plamer Drive,    Unit A,    Schaumburg, IL 60173-3806
14039796    Ford Motor Credit Corporation,    P. O. Box 64400,    Colorado Springs, CO 80962-4400
14039795   +Ford Motor Credit Corporation,    P. O. Box 6400,    Colorado Springs, CO 80934-6400
17025585   +Heung Hwang,    c/o Therman Law Offices, Ltd.,    8501 W. Higgins Rd., Ste. 420,
             Chicago, IL 60631-2811
14039807   #+Mr. Coupon,    1977 Quincy Court,    Glendale Heights, IL 60139-2045
14079513   +Rockenbach Chevrolet,    Pob 309,    Grayslake IL 60030-0309
14039808    Shaw Suburban Media,    P. O. Box 250,    Crystal Lake, IL 60039-0250
14079515   #+Suburban Life Publications,    1101 West 31st Street, Suite 100,    Downers Grove IL 60515-5581
14324758   +Susan Brown,    c/o Illinois Attorney General,    100 W Randolph St., 12th Floor,
             Chicago IL 60601-3220
14324757   +Susan Brown,    124 North Channel Drive,    Round Lake Beach IL 60073-2673
14039810   +Yellow Assistance,    14145 Collections Center Drive,    Chicago, IL 60693-0141
14039811   +Yellow Book USA,    2201 Renaissance Blvd.,    King of Prussia, PA 19406-2709
14189703   +Yellow Book USA (MPM),    c/o RMS Bankruptcy Recovery Services,     Pob 5126,
             Timonium MD 21094-5126
14079514   +Yellow book West,    Pob 660052,    Dallas TX 75266-0052
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14039798   +E-mail/Text: ally@ebn.phinsolutions.com Jan 11 2013 02:34:59      G M A C,    2740 Arthur Street,
             Roseville, MN 55113-1303
14194652   +E-mail/Text: ally@ebn.phinsolutions.com Jan 11 2013 02:34:59      GMAC,    P.O. Box 130424,
             Roseville, MN 55113-0004
14039805   +E-mail/Text: bknotices@mbandw.com Jan 11 2013 03:24:54       Home Pages Directories,
             c/o McCarthy, Burgess & Wolff,    26000 Cannon Road,    Cleveland, OH 44146-1807
14039806    E-mail/Text: rmbncreports@supermedia.com Jan 11 2013 03:19:17      IDEARC Media, LLC,
             Attn: Internet Operation,    P. O. Box 619810,    D/FW Airport, TX 75261-9810
14275716   +E-mail/Text: rmbncreports@supermedia.com Jan 11 2013 03:19:17
             Idearc Media formerly Verizon Directories,     5601 Executive Drive,    Irving Texas 75038-2508
                                                                                              TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Gierum & Mantas
14039788    Duane and Wally Blanton
14039809    Wally Blanton
14039791*  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
            (address filed with court: Ford Motor Credit Corporation,     Bankruptcy Center,   P. O. Box 537901,
             Livonia, MI 48153)
14039792*  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
            (address filed with court: Ford Motor Credit Corporation,     Bankruptcy Center,   P. O. Box 537901,
             Livonia, MI 48153)
14039793*  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
            (address filed with court: Ford Motor Credit Corporation,     Bankruptcy Center,   P. O. Box 537901,
             Livonia, MI 48153)
14039794*  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
            (address filed with court: Ford Motor Credit Corporation,     Bankruptcy Center,   P. O. Box 537901,
             Livonia, MI 48153)
14039797*   Ford Motor Credit Corporation,    P. O. Box 64400,    Colorado Springs, CO 80962-4400
14039799*  +G M A C,    2740 Arthur Street,    Roseville, MN 55113-1303
14039800*  +G M A C,    2740 Arthur Street,    Roseville, MN 55113-1303
14039801*  +G M A C,    2740 Arthur Street,    Roseville, MN 55113-1303
14039802*  +G M A C,    2740 Arthur Street,    Roseville, MN 55113-1303
14039803*  +G M A C,    2740 Arthur Street,    Roseville, MN 55113-1303
14039804*  +G M A C,    2740 Arthur Street,    Roseville, MN 55113-1303
                                                                                TOTALS: 3, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: dgomez              Page 2 of 3            Date Rcvd: Jan 10, 2013
                               Form ID: pdf006          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2013**                        **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: dgomez              Page 3 of 3                  Date Rcvd: Jan 10, 2013
                               Form ID: pdf006          Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2013 at the address(es) listed below:

```
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              George J Koulogeorge     on behalf of Creditor Heung   Hwang bankruptcy@attorneychicago.com
              James M Philbrick    on behalf of Creditor    GMAC jmphilbrick@att.net
              James T Magee    on behalf of Debtor    Wally Blanton Sewer & Drainage, Inc.
               bankruptcy@mageenegele.com
              Joanne H Yi    on behalf of Trustee John E Gierum joanne@gierummantas.com
              John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,  IL25@ecfcbis.com
              John E Gierum     jgierum@7trustee.net,  IL25@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```